[No. 13684–4–I.   Division One.   July 14, 1986.]

FLORENCE GAUTHUN, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–08808–4, Peter K. Steere, J., entered

August 2, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Holman, J. Pro Tem.